# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANNEL RIEL and CHERIE BINGENHEIMER,<br><br>        Plaintiffs,<br>v.<br><br>NAVIENT SOLUTIONS LLC,<br><br>        Defendant. | Case No. 16-CV-1191-JPS<br><br><br><br>**ORDER** |

   On December 6, 2017, the Court issued its trial scheduling order in this matter, setting the dispositive motion deadline for May 1, 2017. (Docket #14). On January 17, 2017, the Court addressed Defendant's motion to dismiss, granting it in part. (Docket #16). On April 14, 2017, Defendant filed a motion to extend the dispositive motion deadline for three weeks. (Docket #21). The most salient portion of the motion reads: "[t]he parties exchanged Rule 26(a) disclosures in November 2016. . . . However, the parties did not resume discovery until after the Court issued its order on [Defendant's] motion to dismiss in light of the broad scope of that motion." *Id.* at 2. Defendant's motion further states that it did not issue written discovery requests until *two months* after the Court's order on the motion to dismiss. *Id.*

   The Court is dismayed by the parties' neglect of this litigation. Their decision to adopt a self-imposed stay of the discovery process was not supported by any order or suggestion from the Court. Defendant, which now seeks a substantial extension of the dispositive motion deadline, was also overly dilatory in waiting so long to initiate discovery. Nevertheless, the Court will grant a limited extension of that deadline, at the expense of a shortened briefing schedule. The dispositive motion deadline shall be re-set

to **May 11, 2017**. Responses to such motions shall be due on or before **June 1, 2017**, and replies must be filed by **June 8, 2017**. No further extensions of time will be considered in this matter for any reason.

Accordingly,

**IT IS ORDERED** that Defendant's motion to amend the trial scheduling order (Docket #21) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the dispositive motion deadline of the December 6, 2016 trial scheduling order (Docket #14) shall be amended to **May 11, 2017**; and

**IT IS FURTHER ORDERED** that briefing on dispositive motions, if any are filed, shall proceed in accordance with the terms of this Order.

Dated at Milwaukee, Wisconsin, this 17th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge