# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANNEL RIEL and CHERIE BINGENHEIMER,

                Plaintiffs,

v.

NAVIENT SOLUTIONS LLC,

                Defendant.

Case No. 16-CV-1191-JPS

**ORDER**

On July 31, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #25). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #25) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED** with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 1st day of August, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge